UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelica Maria Pena,<br><br>Plaintiff,<br><br>v.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No.   2:24-cv-03730-AS<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY-FOUR AND 54/100 ($5,754.54) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.


DATE: March 13, 2025              _____ / s / Sagar _____
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE